# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Daniel Eduardo Hurtado-Gamboa
8:22-cr-00402-TPB-LSG

| | |
|---|---|
| **Date**: December 5, 2025 | **Court Reporter**: **Digital** |
| | **Interpreter**: James Plunkett (Spanish) |
| **Time**: 2:05 PM–2:15 PM<br><br>  Total:   10 mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Candace Rich, AUSA | Ryan Maguire, AFPD |

### Initial Appearance/Arraignment

Interpreter sworn.

Defendant present with counsel.

Arrest date: 12/4/2025.

Court summarizes the charges and potential penalties and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5(c)

Oral motion for counsel by Defendant. Court reviews financial affidavit and finds that Defendant qualifies for the appointment of counsel. CJA appointed.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by defendant.

Oral order to government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal discovery by Government.

Oral order to Defendant to provide reciprocal discovery under Rule 16(b).

Defendant is arraigned.

Government seeks detention as to Defendant.

Defendant reserves on release.

For the reasons stated on the record, court orders Defendant detained pending further order of the Court.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Griffin.

Trial set for February 2026 trial term beginning February 2, 2026 before District Barber. Status Conference on January 20, 2026.

Due process oral order given.